# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 5, 2017

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

   **Re: McLane Company, Inc.
    v. Equal Employment Opportunity Commission,
    No. 15-1248  (Your docket No. 13-15126)**

Dear Clerk:

  Attached please find a certified copy of the judgment of this Court in the above-entitled case.   You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

             Sincerely,

             SCOTT S. HARRIS, Clerk

             By  *[signature]*

             Hervé Bocage
             Judgments/Mandates Clerk

Enc.
cc: Ms. Allyson N. Ho, Esq.
   Mr. Stephen B. Kinnaird, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 5, 2017

Ms. Allyson N. Ho, Esq.
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347

   Re: McLane Company, Inc.
     v. Equal Employment Opportunity Commission,
     No. 15-1248

Dear Ms. Ho:

 Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

 Petitioner is given recovery of **_one-half_** costs in this Court as follows:

| | |
|---|---:|
| **Printing of record:** | $15,991.00 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $16,291.00 |
| *One-half costs:* | $8,145.50 |

This amount may be collected from the respondent.

              Sincerely,

              SCOTT S. HARRIS, Clerk

            By *[signature]*
              Herve' Bocage
              Judgments/Mandates Clerk

cc: Mr. Stephen B. Kinnaird, Esq.
   Clerk, USCA for the Ninth Circuit
     (Your docket No. 13-15126)

No. 15-1248

**MCLANE COMPANY, INC.,**

Petitioner

v.

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner McLane Company, Inc. recover *one-half costs* from the Equal Employment Opportunity Commission, of Eight Thousand One Hundred and Forty-five Dollars and Fifty Cents ($8,145.50) for costs herein expended.

April 3, 2017

| | |
|---|---|
| **Printing of record:** | $15,991.00 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $16,291.00 |
| *One-half costs:* | $8,145.50 |

A True Copy Test:
SCOTT S. HARRIS
Clerk of the Supreme Court of the United States

By: Cynthia Rapp